**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Randy Howard | No.   11-17303 |
| Debtor | Hon.  Hon. Janet S. Baer |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 28, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

          _____/s/ Ross T. Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Almaas Qaderi and Tom Vaughn on September 28, 2015.

          _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Randy Howard
7524 S. Harvard
Chicago, IL 60620

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Almaas Qaderi
Robert J. Semrad and Associates
20 South Clark
Chicago, IL 60603